Peter C. Kelly, II, Esq. (014503) (pkelly@hoklaw.com)
Daniel Torrens, Esq. (017524) (dtorrens@hoklaw.com)
**HOLLOWAY ODEGARD & KELLY, P.C.**
3020 E. Camelback Road, Suite 201
Phoenix, Arizona 85016         166.302
Phone:      (602) 240-6670
Facsimile:  (602) 240-6677

Attorneys for IDS Property Casualty Insurance Company

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patrick McEnnerney,<br><br>          Plaintiff,<br><br>     v.<br><br>IDS Property Casualty Insurance Company,<br><br>          Defendants. | Case No:<br><br>**NOTICE OF REMOVAL** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Pursuant to 28 U.S.C. §§ 1332(a)(1), 1441(a), and 1446, Defendant IDS Property Casualty Insurance Company, hereby removes Case No. 201601476 from the Superior Court of Arizona, in and for the County of Pinal, to the United States District Court for the District of Arizona, Phoenix.  The grounds for removal are as follows:

### STATEMENT OF THE CASE

1. On August 30, 2016, Patrick McEnnerney commenced a complaint against IDS Property Casualty Insurance Company in the Pinal County Superior Court of the State of Arizona, as cause number CV201601476. All pleadings filed in the Pinal County Superior Court prior to the Notice of Removal are attached as **Exhibit 1** to this Notice.

2. The complaint purports to assert two causes of action including: (a) undersinured motorist benefits claim, and (b) breach of contract. Each of plaintiff's claims is based on his contention that defendant failed to perform under a contract of insurance (i.e., an insurance policy).

2. On or about September 6, 2016, Plaintiff served a copy of their summons and complaint on IDS Property Casualty Insurance Company to undersigned counsel.

3. On or about September 26, 2016, Defendant removed this case to the United States District Court for the District of Arizona.

## DIVERSITY JURISDICTION UNDER 28 U.S.C. §1332(a)

4. IDS Property Casualty Insurance Company is a Citizen of the State of Wisconsin because it is domiciled in Wisconsin and has Wisconsin as its principal place of business.

5. Plaintiff Patrick McEnnerney is a citizen of Arizona.

6. According to his complaint and demand package (*see* **Exhibits A and B attached)**, Plaintiff is seeking damages in the amount of $100,000 or more.

7. Because this lawsuit involves citizens of different states and the amount in controversy exceeds $75,000, this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332.

## ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

8. This Notice of Removal has been filed within 30 days of the date that defendant received the summons and complaint by service in this matter. Removal is therefore timely in accordance with 28 U.S.C. §1446(b.)

9. Venue is proper in this Court pursuant to 28 U.S.C. §§1446(a) §1446(b.) because the U.S. District Court for the District of Arizona is the federal judicial district embracing the Pinal County Superior Court of the State of Arizona where the state court action was originally filed.

10. The undersigned attorney certifies that on September 26, 2016 he caused a copy of this Notice of Removal to be sent to the Clerk of the Pinal County Superior Court.

## CONCLUSION

11. By this Notice of Removal, defendant does not waive any objections it may have as to service, jurisdiction or venue, or any other defenses or objections it may have to this action. Defendant intends no admission of fact, law or liability by this Notice of Removal, and expressly reserves all defenses, motions, and/or pleas.

DATED this 26th day of September, 2016.

**HOLLOWAY ODEGARD & KELLY, P.C.**

By  */s/Daniel Torrens*
Peter C. Kelly, II
Daniel Torrens
3020 E. Camelback Road, Suite 201
Phoenix, Arizona 85012
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I certify that on this 26th day of September, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael L. York, Esq.
Brian M. Torba, Esq.
**WATTEL & YORK**
2175 North Alma School Road, #B107
Chandler, Arizona 85224
ME-Pinal@wattelandyork.com
***Attorneys for Plaintiff***

*/s/Genna Zappia*