NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patrick McEnnerney,<br><br>  Plaintiff,<br><br>v.<br><br>IDS Property Casualty Insurance Company,<br><br>  Defendant. | No. CV-16-03261-PHX-JJT<br><br>**ORDER** |

   Upon review of the parties' Stipulation To Dismiss With Prejudice (Doc. 20), and good cause appearing,

   IT IS ORDERED granting the Stipulation (Doc. 20). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

   Dated this 23rd day of February, 2017.

Honorable John J. Tuchi
United States District Judge